No. 191. INTERNATIONAL SHOE MACHINE CORP. *v.* UNITED SHOE MACHINERY CORP. C. A. 1st Cir. Certiorari denied. *Breck P. McAllister* for petitioner. *Ralph M. Carson* and *Robert Proctor* for respondent.

No. 192. BINION *v.* RYAN, U. S. MARSHAL. C. A. 3d Cir. Certiorari denied. *Leon H. Kline* for petitioner. *Solicitor General Cox, Assistant Attorney General Marshall, Harold H. Greene* and *Gerald P. Choppin* for respondent.

No. 193. RUBINGER ET AL. *v.* INTERNATIONAL TELEPHONE & TELEGRAPH CORP. C. A. 2d Cir. Certiorari denied. *William J. Rooney* and *Leonard F. Manning* for petitioners. *Ernest S. Meyers* for respondent.

No. 203. IMPERIAL MEAT CO. ET AL. *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *Charles Rosenbaum, Stanton D. Rosenbaum* and *Nicholas J. Chase* for petitioners. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 205. PULLMAN COMPANY *v.* ORDER OF RAILWAY CONDUCTORS & BRAKEMEN ET AL. C. A. 7th Cir. Certiorari denied. *Herbert S. Anderson* for petitioner. *Burke Williamson, Jack A. Williamson* and *Harry Wilmarth* for respondents.

No. 206. DE FINA *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Theodore Krieger* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.